# EXHIBIT C

The Honorable James L. Robart
c/o Darek M. Jarski, Esq
LeSound & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

September 1st, 2014

You Honor, Judge Robart,

My name is Valeria Lisunov. I know Pavel Rombakh since 1976. Pavel Rombakh, Jewish guy, was studying in Lugansk Machine-Building institute (now Eastern-European University) on the subject of Accounting. I was studying on the Economics and Organization of machinery production.

Since the first days of our introduction Pavel was pleasantly different from people of his age by maturity of his thinking, analytic abilities and solid life principals. Lack of thoughtless following to ideals of Communist Party was making him unattractive in the eyes of administration. Brilliant abilities in the field of various sciences have allowed Pavel successfully complete his education despite the various obstacles set by Anti-Semitic university administration and by the governing ideologists.

We went different ways in applying our professional knowledge. Pavel was working in practical fields, polishing his knowledge and getting experience. I was working in City administration as a main planning specialist, i.e. in the department that was coordinating entire Lugansk City's economic activity.

Pavel was one of the first when he created his private business Novotronika (Industry of Innovations) – this enterprise was not only profitable, but provided people with jobs while dying economy of post-Soviet life style could not guarantee even a minimal standard of living for its citizens.
Exceptional human qualities: kindness, compassion, honesty were the basis on which Pavel has built his life and business.

He was very active in charities. This was: financing of design and production of specialized beds for regional burn center for miners, development of immunoglobulin against Type A hepatitis, restoration of the writer's Dal (Russian equivalent of Webster Dictionary author – Transl.) residence and establishing a rehabilitation clinic for children ill with cerebral palsy syndrome, financing of "Hope" – society of families with disabled children, free soup kitchen for seniors and other charitable causes.

My colleague, City's social work official Nina Grigorievna Brel, which was responsible for social programs for children, low income and disabled, has called Pavel "Magic Wand" because he has never refused to assist in financial support of charitable events.

Although, all of it was triggering irritation and aggression from City's and regional leaders.

In 1988 Pavel supported and completely financed election campaign of independent non-Communist Party candidate Yuri Shchekochikhin (USSR Parliament) and Vladimir Varetskiy (Parliament of Ukraine). Yuri Shchekochikhin was wide renown progressive journalist that was the first to rise against mafia and its penetration into government. First

Secretary (the head of – transl.) Lugansk Regional Communist Committee was Shchekochikhin's opponent.

Vladimir Varetskiy was an Institute professor. His opponent in elections was one of Ukrainian Government Minister's.

Pro-Communist authorities have not forgiven Pavel the victory of Shchekochikhin. He was declared a total war.
His business went under attack for total destruction: accounts have been blocked, documentation was seized under some made up reasons, his office was blocked and local police has evicted him from premises; his residence was reputedly attacked by thugs (although valuables were left untouched). Pavel and his family members were threatened with physical violence.
Pavel was able to leave to America.

All the hatred has fallen on his family.  Few months after Pavel left his wife Erena and two of his children were to follow him. One the eve of departure Erena was seized by people in uniforms without any identification. These were corrupt police officers. After several hours of abuse, humiliation and ruthless beating she was released. Entire city knew about the incident. It was still very new and shocking for those times.

Many years past by, although in our with Pavel city of Lugansk everything went worse. There is a real war going on right now. The city is destroyed, there are enormous losses among civilians. There is no electricity, water or any communication for over a month  - real humanitarian catastrophe.  I was forced to leave Lugansk.

With respect,

Valeria Lisunova         [*Signature*]      September 1, 2014

## Translator's Certification

I, Illya Lisunov, herby certify that I have a satisfactory command of both English and Russian languages and that the above is true and correct translation of a letter in Russian from Valeria Lisunova to the best of my knowledge.

Date: September 8, 2014

_____
Illya Lisunov

The Honorable James L. Robart
c/o Darek M. Jarski, Esq
LeSound & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

1 Сентября 2014

Ваша Честь, Судья Робарт,

Меня зовут Валерия Лисунова. Я знаю Павла Ромбаха с 1976 года. Павел Ромбах, еврейский парень, учился Луганском Машиностроительном институте, ныне Восточно Украинсм университете по специальности Бухгалтерский учёт. В этом учебном заведении училась и я, по специальности Экономика и организация машиностроительного производства. С первых дней знакомства Павел приятно отличался от своих сверстников зрелостью мышления, аналитическими способностями и твёрдой жизненной позицией. Отсутствие бездумного поклонения идеалам коммунистической партии делали его непривлекательным в глазах администрации. Блестящие способности в области различных наук позволили Павлу благополучно завершить образование, невзирая на всякого рода препоны, чинимые антисемитской администрацией института и со стороны правящей идеологии.
Наши пути разошлись в плане приложения своих профессиональных знаний. Павел занимался практической деятельностью, шлифуя свои знания и приобретая практический опыт. Я работала в Исполкоме городского Совета в качестве главног специалиста плановой комиссии, то есть в управлении, координирующим всю экономическую деятельность нашего города Луганска.

Павел Ромбах один из первых создал частное предприятие НОВОТРОНИКА/ Индустрия Новшеств/ это предприятие не только приносило прибыль, но и обеспечивало людей рабочими местами в то время, как умирающая экономика постсоветского образа жизни не могла гарантировать даже минимальный уровень жизни своим гражданам. Исключительные человеческие качества: доброта, сострадание, честность были той основой на которой Павел строил свою жизнь и бизнес.
   Он очень активно занимался благотворительностью. Это: финансирование разработки и производства специализированных кроватей для Областного ожогового центра/угольщиков/, разработка и внедрение иммуноглабулина против гепатита А, восстановление особняка писателя Даля и создание в нем детского реабилитационного центра для детей больных церебральным параличом, финансирование общества «Надежда» - семей с детьми-инвалидами, создание бесплатных кухонь для малоимущих людей приклонного возраста и другие благотворительные цели.
Моя коллега, сотрудник исполкома, Нина Григорьевна Брель, занимавшаяся социальной помощью детям, малоимущим и инвалидам называла Павла " палочка-выручалочка", потому что он никогда не отказывал в финансовой помощи на благотворительние мероприятия.

Однако, всё это вызывало раздражение и арессию у городских и областных правителей. В 1988 году Павел поддержал и полностью профинансировал предвыборную компанию независимого/от коммунистической партии/ кондидатов Юрия Щекочихина( Парламент СССР) и Владимира Варецкого(Парламент Украины) Юрий Щекочихин широко известный прогрессивный журналист который первый выступил пртив мафии и её врастание во властные структуры. Противником Щикачихина на выборах был Первый секретарь Луганского Обкома.

1.09.14г.

Владимир Варецкий был профессором Института. Его противником на выборах был один из украинских министров.

Победы Щекочихина на выборах прокоммунистические власти Павлу не простили. Ему была обьявлена тотальная война.

Его бизнес уничтожали: блокировали счета, под надуманными поводами изымали документацию, блокировали офис и силами милиции выдворили офис из занимаемых помещений; его жилище неоднократно подвергалось бандитским налётам (однако, ценные вещи оставались не тронутыми). Ему и членам его семьи угрожали физической расправой.

Павлу удалось уехать в Америку.

Вся ненависть обрушилась на его семью. Через несколько месяцев после отъезда Павла, его жена Ирина и двое детей должны были выехать к нему. Накануне отъезда Ирина была задержана людьми в форме без опознавательных знаков. Это были корумпированные сотрудники милиции. После нескольких часов издевательств, унижений и жестоких избиений её отпустили. Об этом знал весь город. Тогда такое было вновь.

Прошло много лет, однако , в нашем с Павлом городе Луганске всё стало ещё хуже. Там идёт настоящая война. Город разрушен, огромные человеческие жертвы среди мирных жителей. Нет электричества, воды, никакой связи уже больше месяца -настоящая гуманитарная катастрофа. Я вынуждено покинула Луганск.

С уважением,
Валерия Лисунова            [signature]            1.09.14г.

The Honorable James L. Robart
c/o Darek M. Jarski, Esq
LeSound & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

Your Honor, Judge Robart,

My name is Lyudmila Toka. I know Pavel Rombakh since 1991.

Pavel Rombakh was a creator and a leader of a large private enterprise "Novotronika". I worked as a comptroller for this company.

I know Pavel Rombakh as thoughtful, talented manager, who was working according to laws of Ukraine existing at that time. He was opponent of corruption of government officials, did not give them bribes and preferred to be involved in charitable work. "Novotronika" was transferring large amounts for charity. These amounts were exceeding the minimum that tax was not charged on. The charity department was created because the charitable work was done purposefully and many people were applying for help.

Pavel was helping everybody regardless his partners' objections.

Here is one of the shining examples. Our company driver had a child diagnosed with Cerebral Palsy Syndrome. By accident, Pavel has found out about it and got busy with creation of Children' Rehabilitation center for such children.  We were purchasing medications, necessary equipment, provided gifts and celebrations for these children.

We also created free soup kitchens for low income seniors.

Today it is impossible to remember everything, although I well remember that I was paying a lot of invoices and for very significant amounts. The "Novotronika" enterprise was a large and very respectable one.

All charity programs were shot down by a new management after Pavel's departure.

I was a witness to destruction of his business and tried to help as accounting expert, but it was useless to fight the tyranny of government officials – extortionists and corrupt law enforcement.

I have 30 years experience of working as a comptroller, although I have never again met such kind, educated, caring business leader.

Many years went by since our joint work, but warmness, respect and admiration have always been in my memory.

At this time our city Lugansk is destroyed, occupied by Russian forces and my family and I had to leave our home, all our belongings and leave Lugansk.

With respect,             Lyudmila Toka

September 8, 2014         [*Signature*]

### Translator's Certification

I, Illya Lisunov, herby certify that I have a satisfactory command of both English and Russian languages and that the above is true and correct translation of a handwritten letter in Russian from Lyudmila Toka to the best of my knowledge.

Date: September 8, 2014

_____
Illya Lisunov

The Honorable J. Robart
c/o Darek M. Jarski, Esq
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

8 сентября 2014

Ваша Честь, Судья Робарт

Меня зовут Людмила Пюка. Я знаю Павла Ромбаха с 1991 года.

Павел Ромбах был создателем и руководителем крупного частного предприятия Новотроника. Я работала в этом предприятии главным бухгалтером.

Павла Ромбаха я знаю как вдумчивого, талантливого руководителя, который работал по существующим в то время законам Украины. Он был противником коррупции чиновников, не давал им взяток, предпочитая заниматься благотворительностью. Новотроника перечисляла значительные суммы денег на благотворительность, превышающие тот минимум, который не облагался налогом. Был создан отдел по благотворительности, поскольку работа велась целенаправленно и за

помощью обращалось много людей.

Павел оказывал помощь всем, несмотря на возражения партнеров.

Один из ярких примеров. У водителя предприятия был ребенок с диагнозом - церебральный паралич. Павел случайно узнал об этом и занялся созданием детского реабилитационного центра для таких детей, покупали лекарства, необходимое оборудование, дарили детям подарки и устраивали им праздники.

Также создавали бесплатные кухни для малоимущих людей преклонного возраста.

Все вспомнить сегодня невозможно, но я помню хорошо, что я оплачивала счетов много и на значительные суммы, предприятие Новотроицка была большим предприятием и солидным. После отъезда Павла все благотворительные программы были закрыты новым руководством.

Я была свидетелем, как уничтожали его бизнес и пыталась помочь как специалист по учету, но бороться с произволом чиновников-вымогателей и коррумпированной милиции было бесполезно.

У меня стаж работы главным бухгалтером более 30 лет, но такого доброго, грамотного, отзывчивого руководителя я больше не встречала.

Прошло много лет со времени нашей совместной работы, то та теплота, уважение к нему, восхищение им остались в памяти навсегда.

В настоящее время наш город Луганск разрушен, оккупирован российскими войсками и я была вынуждена с семьей покинуть дом, все нажитое и уехать из Луганска.

С уважением        Людмила Пюка

8.09.2014г.