# EXHIBIT E

The Honorable James L. Robart
c/o Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington 98101

Dear Judge Robart,

I am a retired Orthodox priest having served in the capacity as Dean of St. Spiridon Cathedral from June 1980 until my retirement in January 2008. I have known Pavel Rombakh for eighteen years.

Although Pavel had no religious background, he began to attend St. Spiridon Cathedral because his wife and children worshipped there. Shortly after his arrival I began a catechism class in Russian for some of the immigrants. Pavel not only attended the class but embraced the teachings of the church enthusiastically and finally was baptized and accepted as a member of the church. The church had such an impact on his life that on his 25th wedding anniversary he and his wife were married in the church.

Because of his love for the church he became involved in various fund raising activities and was ultimately elected to serve on the parish council. In this capacity he became more active and participated in the annual church festival, the major fund raiser at the cathedral. His ideas for extensive advertising, ethnic entertainment and children's activities were responsible for greater participation by the local community.

In the late 1990's Alexander Tkachenko, a graduate of St. Petersburg Theological seminary, attended the Swedish Hospital Chaplaincy Program. At that time no children's hospital/hospice existed in Russia. After his ordination Fr. Alexander began a program to open such a facility in St. Petersburg; however, no funds were available. He contacted me and asked if the parish could support the program and he came to Seattle to give a progress report. A that time he was introduced to Pavel. In turn Pavel contacted many friends and former business associates in Russia to elicit financial support for the project. These contacts were responsible for generating sufficient support to ensure the continuing success and growth of the program.

In my 18 year association with Pavel I have known him to be honest and straight forward in all his dealings. I feel very strongly if he had realized and understood that the implications of his actions were a violation of the law, he would have made the necessary corrections.

In conclusion I believe Pavel is a very loving husband and father. He is the sole provider and support for his elderly parents who are in poor health. I humbly request the Court to consider the positive effect Pavel has had not only on St. Spiridon Cathedral but also on my personal life. I consider him a friend that I will always trust.

If it please the Court, I ask for leniency in judgment of Pavel.

Yours sincerely,

Very Reverend Vadim A. Pogrebniak
1101 NW 196th Street
Shoreline, Washington 98177