# EXHIBIT F

Case 2:14-cr-00137-JLR   Document 16-6   Filed 09/08/14   Page 1 of 3

The Honorable James L. Robart
c/o Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

Dear Judge Robart,

I am writing you to provide a character reference for Pavel Rombakh.

I have been a member of Saint Spiridon Orthodox Cathedral for over 50 years. I met Pavel and his family about 18 years ago. I have had the pleasure of seeing Pavel and Erena raise their children in the church. I have watched their children grow and blossom into loving, active church community members, much like their parents. Pavel has been an example to his children and all those who come to church through is love, patience, kindness, strength, wisdom, and an unwavering faith. It is apparent what is in his heart just by the way he looks at his wife and children when he stands in the front of the church with them at liturgy and prays. Every man should take example.

Pavel and I served on the parish council together. During his term on the council, Pavel brought positive, proactive, insightful, and in many instances, invaluable ideas to the council. He undertook numerous projects without hesitation and saw them through to their completion. His undertakings were completed with quality and with greatest integrity.  Pavel made sure the projects were completed to code, and ensured that all participants were licensed, bonded, and had the best recommendations, for which he could vouch. His energy and can-do attitude were inspirational, his business ethics were professional, and his insightfulness was useful in solving issues brought to the council. He helped our church community in more ways during his term as council member than most who served multiple terms over decades. He volunteered his time, his talents, and in many cases, his kind words of encouragement to others. He brought his can-do attitude, his willingness to work hard, and his genuine honesty to every meeting, and to the forefront of his projects.

Pavel is one of the parish's best epistle readers. It is without question that had he hesitated to take on the responsibility of being reader, the parish would have been worse off. If one closes his eyes and simply listens to Pavel read, he will hear Pavel's manner- clear and honest, his conviction – true, his heart- unwavering in what is good and right. That kind of conviction can only come from one with a heart full of love for his brother, a deep faith, and above all, love of God.

Pavel has always spoken his mind with me; his character is unmistakable. He is decent, straight, genuine, honest, giving and energetic. He is the foundation block of his family. He takes care of and provides for his own family, and his elderly parents. He is an integral member of our parish with unwavering integrity. He is a good and decent friend.

There have been numerous occasions where his character has shined. I would like to share two examples that demonstrate his integrity. The first example: during our fund raiser held in the fall, it was Pavel who insisted on accompanying the chairwoman to the 4 am event set up with the tent company. He made the chairwoman's safety and wellbeing his priority. He remained on site helping set up the

event and acted as liaison for the church, Seattle Police Department, and the towing company for the event street closures. When all was completed, he continued working the rest of the weekend in various booths, serving the community and visitors while entertaining them with his joyous stories and jokes. He acted in this capacity several years in a row. The second example:  a young lady related to me was sexually assaulted in church during Liturgy by a sexual predator posing as a visitor. The reports of this attack were televised by and reported on by all the major stations and news entities in Seattle. It was an event most in the parish and surrounding parishes heard about and a topic of gossip in the months following.  Though Pavel and his family were not at church that particular Sunday, Pavel came up to me in church a few weeks later and apologized that he wasn't there to help us. He asked about the condition of the young victim of the hideous crime, offered his unconditional support and love, and immediately began brainstorming ideas of how we might protect our parishioner and visitors in future. As I mentioned before, I have been a member of Saint Spiridon Orthodox Cathedral for over 50 years. I grew up with many of the parishioners who currently attend. Pavel was the only person in our parish who came directly to me to offer love and support during one of the worst moments in my life. That is the type of person I know Pavel Rombakh to be.

I understand that Pavel has made some mistakes. I believe that he has a clean heart and his mistakes were made unknowingly.  Pavel and his family have suffered throughout this terrible ordeal over the past several years.  I ask that the court be lenient and consider the all the good this one individual has bestowed on others in and outside our church community. He is a productive and inspiring family man in our society with an array of talents and attributes to offer the Seattle community.

Thank you.

Sincerely,

*Irene Crown*

Irene Crown