# EXHIBIT G

EXHIBIT H – LETTERS FROM FAMILY & FRIENDS

1. Letter from Erena Rombakh – Mr. Rombakh's Wife
2. Letter from Kristina Rombakh – Mr. Rombakh's Daughter
3. Letter from Anya Rombakh - Mr. Rombakh's Daughter
4. Letter from Alina Rombakh - Mr. Rombakh's Daughter
5. Letter from Max Rombakh – Mr. Rombakh's Son
6. Letter from Volodymyr Rombakh - Mr. Rombakh's Father
7. Letter from Nadia Rombakh - Mr. Rombakh's Daughter-In-Law
8. Letter from Scott Adams – family friend
9. Letter from Illya Lisunov – family friend
10. Letter from Rodney Kawakami – friend/attorney
11. Letter from Natalia Antonov – family friend
12. Letter from Miroslav Danylyuk – family friend
13. Letter from Tatyana Sineeva – family friend
14. Letter from John Cox – family friend
15. Letter from Dorothy Nowik – family friend

Dear Judge Robart:

Thank you for taking the time to read my letter.  It would take me 100 pages to tell you all of what is in my heart, but I know you are busy and will attempt to keep my letter brief.  I have known Pavel for 36 years – we met in August of 1978.  Pavel and I were inseparable from the second we met.  From day one I've always known that he is the one with whom I wanted to spend my life and that he would be a very good father to our children, even though we were only 19 years old at that time.  Some of my first memories are of Pavel always protecting me against Anti-Semitic insults that were very common in Eastern Ukraine where we lived.  After graduating from University with honors, Pavel obtained an accounting position at a local company. He was paid a good salary and received yearly bonuses.  The job, however, did not make him happy as many of the upper managers were involved in theft and corruption.   Eventually Pavel was forced out of his job by upper management when he refused to cover for them.

In the 1980s during "Perestroika," Pavel realized a dream he had long held when he opened his own business.  I worked with him as an accountant and secretary, and very quickly our company became successful.  Pavel was not only smart, but he was honest with his clients, employees, and contractors – a trait that was not very common in former Soviet countries at that time.  He built his business following American management textbooks, and eventually even hired a management consultant from England.  It was a very exciting time in Russia and for us personally as the business grew.  Our main line of business initially was engineering consulting, especially, in conversion of military production to civil production, software development for schools, and later on we grew into other fields:  pharmaceutical wholesale, commercial food equipment leasing, and vehicle and tire sales.  Pavel's primary goal was to provide for me and our children, but he also had a strong commitment to help other people.  Pavel's company had a charity group that contributed to a variety of causes we believed in, including health care for Chernobyl victims, soup kitchens for the poor in Lugansk, hospital construction projects, and other worthy causes.

As I am certain you know, the USSR transition from communism to a quasi-capitalistic system was not an easy transition.  It quickly became apparent that organized crime groups paid to have strong influences in the government at both the local and national level.  For many of us, it was difficult to distinguish between the two groups.  Pavel continually warned us that once we let organized crime "touch" us, they will become us and we will become them.  We always had attorneys and accountants helping us to make sure that we would not have even smallest violations to give criminals or corrupt government workers a chance to demand bribes.  Our business partners routinely complained to Pavel that he spent too much money on attorneys – it would be cheaper to pay the bribes.  Even though it was hard and even dangerous, Pavel never paid the bribes or "for protection".

Although Pavel created a successful life for us in Russia, we have always lived modestly:  no diamonds, expensive cars, mansions, fancy vacations.  People really liked and trusted Pavel.  Eventually Pavel felt that there were better people who needed to run for office, so he began providing funds to assist independent non-Communist candidates.  In the late 1980s Pavel provided substantial support for the election campaign of Yuri Shchekochikhin.  Mr. Shchekochikhin was a Moscow investigative journalist who won a huge upset victory over the local communist politician and became a member of the Soviet parliament representing the Lugansk

region.  The old government officials were very angry with Pavel and we began receiving threats against Pavel and our family.

Pavel went to US with his basketball team in 1992 and he decided to start a business here and find new opportunities.  In July 1993 I was tortured and beaten up by the corrupt Ukrainian police.  Had Pavel been in the Ukraine at that time, I am certain they would have murdered him.  It was God's blessing that we moved to America.  We love this country and its people.  Pavel always wanted to live here.  He got baptized here and became very active in church and with charity groups.  Two of our children were born in the US – I would have never thought of having more children in Ukraine where we always worried about our kid's safety.

I understand that Pavel has pled guilty to a crime and is going to be sentenced by you.  Despite that, Pavel is an honest man.  There have been times in our businesses when Pavel has been asked by the clients, bankers or others to "cut corners", to lie or fake something.  Pavel never did.  Pavel never lies and is honest to a fault.  I have heard him many times tell our children that they should always tell the truth and obey the law, not because of fear of punishment, but because it's the right thing to do.  Pavel  joked that always telling the truth is easier since you don't have to remember what you have told to whom and when, the answer should not be different no matter who is asking:  the truth is the truth.

Pavel likes to help people, even strangers. Back in Ukraine he was caring for my grandmother when she became bedridden.  He fed and washed her until her death.  She told him "thank you" before she passed away.  Pavel takes care of his elderly parents (Vladimir is 84, Berta is 79), making sure that they are safe, comfortable, and healthy.  They have always lived with us in the US.  Pavel's father Vladimir was rushed to the hospital several times in the last few years.  Pavel was always there with him.  Vladimir had triple bypass surgery in July of 2012 and it is important that someone is at home to be able help him and in case of emergency.

After the terrorist attacks on 9/11 our businesses suffered.  To support our family, Pavel went to work as a tow truck driver and he was actually enjoying it while working long hours in any weather day and night.  He came home very tired, but happy that he was able to help somebody who needed help the most, even if they could not afford to pay him:  single mothers, the elderly.

Pavel has always been example for our four kids (Alina (34); Max (32); Kristina (19); and Anya (16).  They love him very much.  Pavel says that the most important investment in life is in children.  At all times he teaches them modesty, the value of honest labor, high ethics, and respect for the law, and to love and care for others.  Pavel worked with Alina and Max and gave them a lot of knowledge in business, but the most important thing he taught all our kids was the immense value of hard work and honesty.  All our children have been under a lot of stress in the last years, but none of them was ever upset with Pavel.  They know that Pavel is ready to sacrifice everything for them.  Our grandchildren Audrey (4), Chloe (4), and Benito (9 m) love their grandpa.  Every interaction he has with them turns in some game or lesson they remember.

Pavel's brother, Oleg, is a respected banker in Moscow.  Oleg and Pavel have had a dream for many years about establishing a mining company in Mongolia.  Oleg asked Pavel to assist with transferring money for businesses Oleg dealt with in Russia.  Pavel discussed the business with our attorney, Rod Kawakami, and

our CPA, Yuri Akopyan. We opened up the bank account at Bank of America using our own names and address. I helped Pavel with secretarial jobs related to the business. I went to the bank numerous times to talk to the bank manager or other banking officials if a money transfer was late or there was an issue that required personal attention. Our business was transparent and our activities were open for everyone to examine. I was so shocked and upset when the FBI came to our house and questioned me and explained transferring money without a license might be a crime. I had never heard of such a law and no one had ever mentioned that we needed a license.

Pavel and I have been married for 34 years and I love him very much. There are no words that could describe my feelings. He is my heart and one cannot live without a heart. We have never been apart except the time when he came to the US in 1992. We have been through a lot of challenges that could have destroyed us, but we just became closer instead of being broken. There are no sacrifices that we would not hesitate to make for each other. I am happy that we work together now. My real estate business has been helped a great deal by having him next to me all the time. He consults me and my clients on repairs and remodeling ideas, so people love it and buy from me.

Your Honor, my husband Pavel is a wonderful husband and devoted father; he is honest, loving, and giving. We all pray that all this horror will be ended soon and Pavel will be able to continue working and raising our kids and grandkids. I am begging you to give him a chance.

With all my heart I am asking you to believe my words about Pavel and to be lenient in your sentence. Thank you for reading my letter.

Sincerely,                                                                                      Erena Rombakh

The Honorable James L. Robart
℅ Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington 98101

Dear Judge Robart,

My name is Kristina Rombakh, and I am the second youngest daughter of Pavel Rombakh. Saying my father has been a role model to me is a complete understatement. He has guided me through every moment of my past 19 years, and without his leadership, I can honestly say I do not know what I would do. Being the rock of our family is the perfect way of describing who my father is to each and every one of his four children. He has done nothing but bring us up in difficult times such as this. It is impossible to imagine the strength of my family without my father.

From a very young age I was able to notice how much of a help my father has been to many people. I remember as a young girl going to church with my mother on almost every Sunday, but not my father. One day, my father joined us, and he decided that Christ was the only thing missing in his life. Following that day my father was baptized, and instead of blending into the rest of the parishioners of our church, my father took charge. He immediately began participating, even without a position, and gained positions in the council several years later, becoming a very trusted advisor to the church. Whether it was doing small tasks to assist, to arranging an entire bazaar, all the while donating money for the Bazaar's attractions,which was the best one the church had ever seen. My father never fails to give back, and that has urged me to be more like him as I have grown older. Seeing even the littlest things a person can do, such as giving a homeless person on the side of the street food, or money, my father would never avoid helping a person whether our family was in feast or famine.

The light that my father brings to a room with his presence is simply impossible to ignore. Being around with him brings others such joy, and I would not trade those moments for the world. If one were to ask a person who knew my father three words to describe him, they would say: love, honesty, and integrity. These three words are the epitome of who my father is. My father is such an honorable man and has impacted so many people's lives positively. Being able to call Pavel my father, is such a blessing and one day I hope that the man I marry can stand for all of the things my father has taught me and shown me over the years.

Even as I am writing this letter my heart drops thinking about the fact that my father could be taken from me. I am overcome with pain and sadness with even the idea that my younger sister will not be able to learn the most important lessons that he has taught me as I have gotten older. Not only does my father have four children, he also is a grandfather to three. The twins, Audrey and Chloe are four and a half years old. As they are growing everyday, I cannot imagine them not seeing their faces light up and excitely running, all the while yelling "Grandpa!". He teaches them lessons every time they are together. Even when I babysit, they'll describe a lesson, as simple as being kind and honest to those surrounding you, even if they do not treat you with the same kindness, that their Grandpa taught them. My nephew, Benito, who is seven months old, is growing quickly, and is a mirror image of my father. Their smiles are the

same, even their eyes. Having a figure like my father, will make him into a better man as he grows, I've seen that with my older brother. My father's presence in Benito's life is essential, and without a lenient sentence which will allow my father to be supportive of the family, we all will greatly suffer. My father's necessity to his grandchildren is only the beginning. My father's parents, have lived with us ever since I could remember. He honors them with everything that he has, and has fully supported them through everything. At what ever time, on what ever day, my father is there for them, and I know that without their son, it will be difficult for them to survive.

Throughout my entire life my father has taught me that following the law is not something important to do just so you do not get in trouble but because it is made to protect us. When I turned 16 this became especially true since I had become a new driver. The first day that I got my license I was so anxious to have my first drive without an adult, and I was willing to run any errand just so that I could drive my new car. My mother had asked me to buy some groceries at Costco, and being so excited I wanted to go as soon as possible. Running downstairs I asked my father for the keys, he looked at me and told me that I was not going anywhere until he had set up car insurance under my name. Having no care in the world other than wanting to drive somewhere I tried convincing my father to let me go since it would be a quick errand. Because my father is such a lawful person, he would not let me go until he could figure everything out and give me a copy of my insurance. Unfortunately, that day I got into a pretty bad car accident, and totaled my car. If it was not for my father's commitment to being a law abiding citizen, I was protected, and so was the car. To this day, my father's lesson of following the law because it is made to protect us, and we should follow it even when no one is watching, has helped me every single day.

As a result of this investigation my father has truly struggled. As it became time for me to leave for school I felt that it would be very important for me to stay by his side and continue to support him through this difficult time. Even though I had known how much this was affecting my father, he never failed to lose his smile and his laughter. The investigation which took place could have torn our family apart, but my father brought our family even closer together. He urged me to go to school and continue to pursue the dreams that he had always supported. My father's values are ones that are very rarely seen today. I am so incredibly proud, and look up to my father everyday.

I hope as you read this Your Honor, you understand how much of a law abiding person my father is. His passion to help people, follow the law, being completely "by the book", and be a respectful citizen inspires me to be a better person every single day. Being away from my father while I am at school I constantly think about the lessons he has taught me over the years, and can honestly say that I do not look up to anyone the way I look up to my father. He has lifted up our family during this struggle and has taught me the most invaluable lessons. Our family would not be as strong as it is today without my dad, and no amount of words I can put into this letter how much I love him and don't know what I would do without him. My father is an example of a true and honest man.

With all due respect, I ask of you, Your Honor, to provide my father with a lenient sentence. I do not know how my family will survive without my best friend, my teacher, and most importantly my father.

Sincerely,
Kristina Rombakh

The Honorable Judge James L. Robart
C/o Darek M. Jarski, eaq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington  98101

08.21.2014

Dear Judge Robart,

I've known my father since I was born which was 16 years ago, and never has my father ever let me down, treated me poorly, or done anything to make me believe that he is a bad person. My dad is a strong, honest, and loving man who tries to help everyone everyday of his life. One day in the car with my dad during one of our driving lessons, and I jokingly said, "No cops, no stops!" And my dad just looked at me and said, "You follow laws not because you don't want to get a ticket, you follow laws because these laws were made to protect you, who cares if no one is around? You just do the right thing." I will never forget that moment because it makes so much sense, and applies to every part of my life. My father does the right thing no matter what. Most of my friends' grandparents are in nursing homes, which I don't believe is bad, but my dad always told us that the reason our grandparents live with us, is because we would never give them away to someone else to take care of them. We take care of family till the very bitter end. This shocked me, and made me look at my father a different way. I admire my dad the way he cares so much and would never leave his parents. Without the privilege of having my grandparents live at home, I would not know the Russian language and would not have gotten as close to my grandparents as I am to this day.

When I was younger I always thought about how much my life would be different if my parents never moved here, and I constantly asked my parents why they moved, and my father would always tell me how much better life is here, how many opportunities are here, and how much better America is. My father searched for a better life, something better than being always being threatened to be killed, more protection for his family, and happiness for all of his children. My mother was horribly tortured, and was completely beat up in Ukraine; my dad came here to set up an amazing and happy life for us, filled with laughter and constant love surrounding me every day. I want my dad to be in my life, to watch me grow up, graduate and be there to give me advice just like he does every day. I want my dad to watch my nephew and nieces grow up. My dad has given me everything, the talent to always help people, the

beautiful gift of teaching me about God, and unconditional love. He is my hero and will always be my hero. So please don't take that away.

Thank you.

Sincerely, his loving daughter,

Anya Rombakh

Dear Judge Robart,

Thank you so much for taking the time to read my letter.  I am writing this as his first daughter and a colleague of at least four years.

 As a family (my mom, my little brother and I) have moved to the U.S.  and in July 1993 reunited after being apart for almost a year. This time frame felt like an eternity especially knowing that your dad is thousands of miles away from you.   My dad had to flee the country escaping political persecution to create not only a better and a safer life for himself but for his family and  for his parents, who to this day live with my parents and are being completely taken care of.  He, as the eldest son, has not only the responsibility to take care of his parents for the rest of their lives, but it is the love  and care that he has for them.
One other aspect of my father's character is that this man has never been without work. In a life of an entrepreneur, there are always cycles of highs and lows and in 2001, my dad hit a lower point. Regardless of highs or lows, dad has always found a way to be positive and continue to search a way to provide for the family.  Dad worked as tow truck driver.  For dad, no job was a "low" job and he actually enjoyed it, even though it was a very physically demanding job. Despite the tiredness, dad came home every day with some kind of interesting story of the people he helped.  Not to mentioned, dad always went an extra mile to help someone in need. I remember there was a woman in her late 60s and she was stuck on I-5. Not only dad helped this woman with her broken car, but he gave her a ride home.  The woman was extremely thankful, because she had nobody else that can help her.
It is often said that a woman's choice of her future husband is a reflection of her father's character.  This is a very real phrase for me, because the person who is next to me and the father of my son is the closest man in character to my dad. My dad is a man of honor, honesty, integrity, faith and love.  I have never witnessed him in way to hurt someone, do something out of spite, or lie to anyone or about anything.  And this brings me to next point that I would like to describe my working relationship with my father.

Dad received his college diploma and graduated with honors in degree of Economics, and naturally, in 2002, doing mortgages was a perfect combination during the economic times.  I began working with my dad in 2004 after I left the banking industry, which was the best decision that I had ever made.  When I joined dad's team, I had a lot of learning to do and I thought it was going to be easy with my dad, but he was the toughest boss I had ever had.  He never wanted me to "cut corners," and he had training session with me every day along with some home work.  He always said that knowledge is power and the more you know, the better you will be at your job.  At that time, real estate market was very hot and people were calling us left and right; our phones were never quiet.  The customers that were calling us were always receiving an honest answer from us, even though it was something they did not want to hear.  It was hard to turn away clients, but it was right thing to do.  Dad spent hours upon hours consulting clients on the phone and in person.  We had clients who drove over 3 hours to speak to dad one-on-one even if it was to hear that they cannot afford a home they hoped for.  It was not dad's duty to spend any time with these people, but out of the integrity and the goodness of his heart he wanted to help these people.  After some time, some families returned and were financially ready to purchase a home after following dad's advice and some did not.
Years passed and the financially bubble was pretty close to bursting.  We were still getting inquiries about purchase financing, and we had to turn away many clients.  At the same time there were a number of loan officers on the market who were willing to "help": they forged tax returns, edited pay stubs to show qualifiable income and they even stole money after transactions closed but poor clients had no idea that this was happening  Our phones were going silent because we would not do any forgery. Dad's phone began to ring again after the market completely collapsed, and this time was not any different because, in the community people recognized that Pavel is honest and is willing to offer advice and help.

During that time, we were doing mortgage loans, we switched from Mortgage Works – small mortgage brokerage to -- Axia Financial LLC.  The reason why we liked working with this company was their work ethic.  The Compliance Department was, probably, the most valuable part of their business so Pavel felt confident in the company he submitted his loans to.  I personally delivered closed and funded files to the compliance officer for reviews.

Axia's Compliance Department had always had high regard about Pavel's loan files: "no corners cut", all necessary documents, proper disclosures, dates, signatures, nothing questionable.

Because of the orthodox work ethic, Axia Financial is still in business.  They were able to survive during the financial crisis after countless DFI audits. We were proud to have worked for such an organization because it was in parallel with our beliefs.

During years of business we also had other loan officers and processors working for us. Pavel and I were conducting regular training with them, and we constantly emphasized honesty, responsibility for clients' financial well-being and compliance to laws, rules and regulations.

Because of dad's honorable and orthodox principles in everyday life, I am proud to say that this is the way of life for all his children. He is our role model.  Our entire family is shocked that this is happening to our dad, because, truthfully, it is so unbelievable that he would get charged for a law that he had no idea existed and after seeking advice from people he trusted - his attorney and CPA.  He is an honest, "by-the-book," harmless man, who would be willing to take his shirt off his back to help someone in need.

Pavel loves and cares so much about each person in our family.  At a moment's notice he babysits his two granddaughters and grandson, and as a matter of fact, he is the only person that helps me watch my nine-month old baby, his grandson Benito.    Please understand that his parents, wife, kids, and grandkids all need him and love him unconditionally.

Your Honor, please take into consideration our plea for our father and give him a chance.

Thank you so much.

Sincerely,

Alina Rombakh

The Honorable James L. Robart
c/o Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington 98101

Dear Judge Robart,

My name is Max Rombakh and Pavel is my dad. I am writing this letter to you to share with you my feelings of the kind of person my father is with the plea that you read this and understand that he is a kind hearted, honorable and decent man.

All of my life I have looked up to my father for his moral character, trustworthiness, dependability, honesty and love. Growing up he was the most caring and loving father anyone could ever ask for. My father taught me to always take the "high road" in every situation. He taught me to be charitable, honest and have a kindness of heart. My dad's first priority is always his family. Everything he does and every thought he has is for our well-being. I idolize my father as the kind of person that I have always wanted to be.

Growing up in the Ukraine my father had built a very prominent business, but with the corruption and the fall of the USSR my father sacrificed everything and brought our whole family to the United States, leaving behind everything he knew and had. With no knowledge of the English language he still persevered knowing that he needed his family to be safe.

Every dollar my dad earned was with his own sweat and tears. He has always found ways to earn an honest living never putting anyone in danger. As a grown man I have always stood by him letting him guide me down the same path of honesty and morality.

My father is a good man and would never intentionally break the law. To reinforce this, I would like to offer an example.
I worked for my father for two years processing mortgage loans. My father had a huge name in the Russian community for his integrity and honesty. With the boom of the housing market and very little regulation of the mortgage industry other mortgage brokers bent, broke and shattered laws. Loan officers in the industry were making millions by helping buyers falsify income and asset documentation. Even helping clients purchase homes in relatives names that did not reside in the US and never even knew they were buying a home. There were many loan officers like that who were made example of after the crash, which was directly related to lending money to borrowers who could not afford homes. My father helped me understand financing rules and regulations. Taught me to put my clients well being before my profit. He taught me that it was better to do the right thing than profit from doing something that I knew was wrong. He helped me become successful by always doing the right thing and abiding by all rules and regulations because one deal was never worth the repercussions.

After working with my father for two years I got my real estate license and went on to sell homes. During the boom I had been contacted by many buyers who wanted to get rich quick on real estate. I would refer them to my father for home loans and when we rejected working with them they would go to other real estate agents and loan officers and lie on their documents in order to qualify. They insisted that there were other lenders who "could make it work" because my father refused to bend the rules. There were several instances that I remember clients would tell me that they weren't even going to call my father for a loan consultation because they knew that he was too much "by the book" and they needed someone "creative". My father is not a greedy man and never went against any regulations, laws or ethics to make a quick buck. He abided by the law at all times and never "bent" a rule for his own benefit. He has had many financial struggles, but knowing him as well as I do he would never do anything that's dishonest or criminal. I understand that no one is perfect and if a mistake was made it wasn't malicious. My dad has always taken the right steps to ensure he was doing the right thing. Somewhere down that line there was a breakdown of information or communication, which has caused this horrible chain of events to unravel.

I have watched my father wither away due to the stress and the seriousness of this matter. It hurts me to see him fall apart in front of my eyes and I pray that this soon resolves in a reasonable manner. My dad has always been a hard working man. He has always worked day and night and rarely took vacations in order to help build a financially secure future for his family.

He is a good man with not an ounce of malice in his soul. He has been punished enough within the last 6 years by the loss of his business, his home, and the nasty media publicizing this investigation. He has been bankrupted by this and is struggling to get back on his feet to provide for his family. His elderly parents live with him and with the war that's broken out in our home town in the Ukraine, they have been robbed of their pension. This has further put financial strain on him and he has no one to turn to.

Please understand and believe when I say that he is a decent human being and punishing him further with imprisonment is going to break him.

I pray that you be lenient with my father so that we can be with him and so that he can continue to provide for my two younger sisters, my mother and my grandparents.

Best regards,

Max Rombakh

The Honorable James L. Robart
c/o Darek M. Jarski, Esq
LeSound & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101


Your Honor,

My son Pavel fled Ukraine in December, 1992 when he traveled to the United States with the basketball team that his company owned.

Since he was a teenager, Pavel acknowledged the United States as the country he wanted to live in some day. Now he appreciates and loves it as he feels himself and his family safe. He would not do anything in any way to harm this country and would not allow doing it by someone else.

His wife, children, my wife and I, his parents, in Ukraine became hostages of his political and economic activity. We, also, were forced to emigrate.

We are blessed to have Pavel as he is a caring, loving son to us, very loyal to his family friends and life principals. He always helps people even complete strangers and is very honest. This is who he is. He always stood up against injustice and ill-treatment of misfortunate.  It was a time when we had to worry about him and his family a lot. The corrupt government, including the law enforcement authorities have not forgiven Pavel his success of a small firm, which has provided the city of Lugansk with charitable food, financial support of election campaigns of those who fought against corruption (Schekochikhin, Varetskiy), the construction of the synagogue, other charitable activities, including equipment for the treatment of radiation sickness injured in accident at the Chernobyl nuclear power plant, equipment for the treatment of infantile paralysis clinic. Living in the United States, Pavel had helped to raise funds for the organization in Russia children's hospice.

For over 60 years I have been doing research activities (physics), including 15 years here in the United States.

In Ukraine, I headed a good size research laboratory. But here in US there is only one helper - Pavel. Now I have finished the second book, which is called "Introduction to the physics of destruction." The true cause of man-made disasters, including Boeing 737-200 Aloha, I-35 W Bridge and other are described in it. The method I have proposed can actually predict many structure failures and save countless properties and lives.

I'm 84 old; I had a triple bypass surgery in July of 2012.  I do not know how long I have given to me by the Almighty, and Pavel will be able to continue my research and implementation better than others.

My wife's age is 79. We are grateful to the Government of the State of Washington for health insurance and food products. But this alone is not enough. In US we have always been living with Pavel in the houses that Pavel rents. He pays all utilities our transportation costs and the internet, without which I could not do my research.

My state of health is such that often I can only have Pavel to help me, because my wife Berta suffers with high blood pressure and hyperthyroid. Berta and I cannot lift more than 10 lb.

Our only cash income is a pension in Lugansk (Ukraine). But we have not been receiving it since February of this year, because there is a war.

*Your Honor, I'm begging you for mercy to our son.*
*I am convinced that he will benefit the United States, but without Pavel we will not survive.*

Thank you for reading my letter.

Sincerely,

08/26/2014

Volodymyr Rombakh

To Whom It May Concern:

As Pavel Rombakh's daughter-in-law I can speak of his character pertaining to his family -- as a Father, Son and Grandfather.

As a Father, raising two young kids in corrupt USSR, Pavel knew he had to do what was best to protect his family.  He left his flourishing business and moved them to America.  Starting from scratch, to rebuild a safe life.  Leading by example he instilled honesty, responsibility and a strong work ethic in his children. A man of God and active member of his Church, Pavel knew the importance religion plays in raising children. Every Sunday, even to this day, his family attends church and not only participates, but leads, all church-related activities such as fundraisers and the restoration of the church.

As a Son, Pavel knew that as his parents grew older back in Ukraine, he could offer the best care for them if they were here in the United States. Moving his parents to live with him, he provided for them, so they were able to build a new life for themselves and still feel independent.

As a Grandfather, Pavel is actively involved in caring for all three grandkids. Always available to help, play, listen and support, everything anyone could ever hope for in a Grandfather-figure. The love he has for his children, translates to the love his children have for their children. His love is encouraging, compassionate, selfless and forgiving.

However, to see the way Pavel treats people who are not his family, especially people in need, is most revealing of his character.  He is very giving, generous and protective.  Always the first to come to the aid of a friend in need.

Pavel Rombakh is the Patriarch of his family and an upstanding person in his community.  Putting everyone else's well-being before his own. Forever instilling in every member of our family that we love, respect and support each other.

Scott S. Adams
5403 42nd Ave W
Seattle, WA 98199
scottadams@dwt.com
206-757-8002

July 18, 2014

The Honorable James L. Robart
United States Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

Your Honor,

I am a partner at the law firm of Davis Wright Tremaine LLP and a close friend of Pavel
Rombakh. I have known Pavel for nearly eight years and have served with him on the
Parish Council of the Church we both attend, Saint Spiridon Orthodox Cathedral. Pavel
and I have discussed his case and I am aware he has pled guilty. I told him I wanted to
write a letter to you to share my thoughts. I can attest that Pavel is a man of the highest
integrity and moral character. In fact, I am so certain of his character that I asked Pavel
to be the godfather to my son, Ilya.

Let me begin by explaining why I requested Pavel be godfather to my son. For me, an
ideal godfather is someone who embodies those traits you wish to instill in your children,
someone whose character you hope your children will someday have. In selecting a
godfather, I had very high standards and, precisely because of his character, Pavel was at
the top of a very short list of people. In fact, I can remember the moment I knew Pavel
should be godfather to my son. After a Saturday church service held for Russian-
speakers, a group of us met for lunch in the church basement/fellowship hall. As I was
sitting there talking with friends, I noticed that Pavel and his three daughters were
cheerfully collecting and washing everyone's dishes. What impressed me at that moment
was that, not only were his daughters spending part of their Saturday with their family in
Church, but they were willfully and cheerfully serving others. I knew that, if anything
ever happened to me and my wife, I would want my son raised to be like the daughters
Pavel had raised.

I know little about the crime to which Pavel has pleaded guilty. I do know, however, that
Pavel is someone who plays by the rules. I believe Pavel would have done things
differently had he understood the law in this area.

Based on my interactions with Pavel over the rules, I noticed that he is a stickler for
following the rules. Recently, for example, we were discussing removal of asbestos from
a house my wife and I bought. Pavel made a point to stress the importance of having the
work done by a company licensed to remove asbestos as opposed to saving a significant
amount of money by hiring a general contractor. His reasoning was not, as one would

The Honorable James L. Robart
July 18, 2014
Page 2

expect, that a licensed company would do a better job with a toxic material. In fact, this particular project, removal of a popcorn ceiling texture, could have been easily done without any particular expertise. Rather, Pavel stressed that the law requires the work to be done by a licensed company.

Pavel is also person who has the utmost compassion for others. For example, when we served together on our church's Parish Council, a retiring priest was no longer entitled to parish housing. Pavel saw the injustice in this situation and fought hard, arguing publicly to the whole congregation that, despite the financial benefit in a tough economy and despite eviction being within the church's legal rights, the right thing to do was to allow the priest and his wife to continue living in the house the parish provided. Pavel helped convince enough people to allow the priest and his wife to live out the rest of their lives in the parish-provided house.

I can honestly say that, despite knowing about this case, my opinion of Pavel has not changed in the slightest. I fully trusted him with my son before this matter, and I fully trust him now. I know Pavel well enough to know that people of such high moral character are infrequent. Knowing him has truly been a blessing for me, for my family, and for many others.

I know that Pavel is deeply distressed about pleading guilty. The plea itself has been a severer punishment for him. Moreover, this conviction will significantly impact Pavel's ability to provide for his family. He has worked extremely hard to build a life for his children, his wife, and his elderly parents whom he fully supports.

In closing, I would like to stress the sincerity of my words about Pavel. He is truly a man of the highest integrity and moral character and I am not simply providing a few select examples to elevate him in the eyes of this Court. Indeed, excluding his guilty plea in this case, I cannot recall a single instance where Pavel's conduct put his character in doubt. It is my sincere hope that this Court considers the kind of man I know Pavel to be into its decision. Frankly, I do not know of anyone more deserving of this Court's leniency than Pavel.

If I am able to provide any assistance in any way whatsoever, please do not hesitate to contact me.


Yours sincerely,

Scott S. Adams

Date:   July 4, 2014

From:   Illya Lisunov

To:     The Honorable James L. Robart
        c/o Darek M. Jarski, Esq.
        LeSourd & Patten, P.S.
        600 University Street, Suite 2401
        Seattle, Washington 98101

RE:     Character Reference For Pavel Rombakh

Dear Judge Robart,

I am litigation paralegal at the law firm of Savitt Bruce & Willey PLLC and a close friend of Pavel Rombakh. I know Pavel all my life (34 years). My grandparent and Pavel's parents were friends. My mother and Pavel went to the same university in Ukraine and maintain close friendship to this day.

I've known Pavel for 34 years and in different seasons of our lives, yet my opinion of him remained consistent – he is exceptionally honorable men who will not deviated from his moral principles no matter the circumstances. He is honest, fair, generous and loyal person.

When we all lived in Ukraine, Pavel was one of the most successful entrepreneurs in our city. I was witness to his success as the result of his intelligence and moral integrity. People were willing to pay top dollar for Pavel's services just because they knew that he would not cheat them. His reputation was impeccable in our city. In addition, Pavel's company had a whole department dedicated to charitable work. Here are just a few projects that I remember: free children's cerebral palsy clinic; support center for handicapped children "Hope" that serviced approximately 6,000 families; soup kitchen for elderly and vulnerable citizens; financial support center for farmers and small businesses.

However, the realities of doing business in Ukraine in the early 90's demanded from Pavel to bend his principles and pay protection money to the criminals that plagued law enforcement at that time. He refused, even though he could have easily afforded it. As the result, he was targeted by the corrupt authorities who destroyed his business and forced him to immigrate to the US.

I moved to Washington in 2000 and rented a room in Pavel's home in Shoreline. Pavel and his family took me in as their own son. Pavel helped me to enroll in college, find a job and find peace in my heart with his fatherly advices. These were the hard times for Pavel – he just went through bankruptcy. In spite of financial difficulties, Pave took me in and helped me to settle in a new place.

Pavel caring fatherly support continues to this day. In the world of ever-changing principles and values, I feel very fortunate to know Pavel. His values on family, honesty, integrity and spirituality keep me centered in my own life. I know that no matter what is Pavel's current situation I can always count on his insightful advice and practical help, be it as involved

as financing a home or as simple as catching a ride to an airport. No matter how big or small of a favor I need, I can always count on him.

On many occasions, he stressed the importance of being honest and fair at all times. Pavel was always "by the book" kind of person. When I came to leave in Washington, I was 19 years old kid from Ukraine without parental supervision. From my upbringing, I inherited distrust to any form of government, which manifested often in my desire to cut corners. Pavel saw this early enough and, luckily for me, change that. He would often tell me that the U.S. is not Ukraine and that America is the country of fair laws. He'd often tell me that if abided by the 10 Commandments, I would do well in the U.S. From Pavel I learned that laws in the United States are designed to protect people and society and not to profit people in power as it is in Ukraine. He reinforced this simple concept every chance he had, which changed my view of law, law enforcement and government in general. This, in turn, ignited my passion for law and helped me with the choice of a career filed. Pavel was the one who recommended me to get into a paralegal program and continue with my legal education.

Pavel helped me to buy my first car. I knew next to nothing about cars and trusted him completely with my biggest investment at the time. Not only was he able to find the best deal for me but Pavel also continued looking after my safety afterwards. As an example, Pavel would not allow me to drive my car until I had purchased insurance and checked the breaks. He told me that insurance is like gas, if you don't have it, a car does not go.

Time went by. I got married and my wife and I wanted to buy a house. At that time Pavel was a loan broker and he helped us to finance the purchase of our home. Again, I completely relied on Pavel's expertise in this area and trusted him completely. I was not disappointed. This transaction took place in 2007 when the world of mortgage lending was a "Wild West", full of scammers and cheaters. Pavel stood out as a straight shooter, with impeccable reputation. When we were looking at the listings, many of my friends would buy mansions they could not afford just because their loan brokers could "tweak" the numbers on the loan application to earn greater commissions. Contrary to his financial interests, Pavel would discourage us from purchasing a home beyond our means. Those friends of mine, who went for the mansions, lost their homes after the bust along with all of their savings. Thanks to Pavel's integrity and professionalism, we were relatively unaffected by the economic crisis.

My loan was not an example of nepotism on Pavel's end – this is how he treated all of his clients at all times. And it paid off. When mortgage market collapsed, all those borrowers, who knowingly or inadvertently got into the mortgages they could not afford, started defaulting and losing their homes. Many of them run to Pavel for help as he was known thought the community for his superior ethics and integrity. Pavel changed his business model and concentrated on loan modifications. However, some lenders were not willing to modify the loans and Pavel was in need of an attorney to obtain modifications with courts' help.

At that time, I was working for Bruce M. Hull, an attorney in Bellevue, who specialized in business law. Pavel came to me with an idea of attorney assisted loan modifications to help the distressed home owners. I introduced Pavel to Mr. Hull and we began the work. Unfortunately, Mr. Hull decided to run a Ponzi scheme – he pocketed client's money and did not do the work he

was supposed to. Many of the clients looked to Pavel for help. And he did help. First, he met with Mr. Hull on several occasions and tried to convince him to either do the work he promised or refund the money to the clients. Mr. Hull refused. Then Pavel referred cheated clients to Washington State Bar Association and assisted the investigation in any way he could. As the result of Pavel's help, most of the conned clients got their money back, and Mr. Hull had his law license suspended.

Pavel never presented himself as all-known. Whenever I had a question that he did not have an answer to, Pavel would refer me to a professional or contact one himself. His view was that it is better to deal with a professional whenever possible. He even had me signed up with a pre-paid legal service so that I could call for legal advice any time.

I sincerely believe Pavel has suffered greatly as the result of this investigation. His successful business was destroyed. His reputation was tarnished. His savings were lost. His home was taken away. His health was undermined. Yet, he did not become angry and bitter at life. He sees all of this as God's challenge to develop his character even more. Pavel continues to care for his family and friends even during these hardest times in his life. I am sure Your Honor will read many letters like this, and will have an opportunity to see Pavel for who he really is – a faithful husband, kind father, loving son and trusty friend.  For what it's worth, I implore you not to sentence Pavel to prison. He has to take care of his elderly parents, wife, four kids, and three grandchildren. Without him, I can't imagine what will happen to them.

If you require additional information or have questions regarding the aforementioned, please do not hesitate to contact me at any time.


Respectfully,


Illya S. Lisunov
17230 – 33rd Place West
Lynnwood, WA 98037
Cell: (206) 353-4592

THE LAW OFFICES OF
# RODNEY L. KAWAKAMI

T&C BUILDING, SUITE 201
671 SOUTH JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 682-9932
TELECOPIER: (206) 682-7320

RODNEY L. KAWAKAMI
ATTORNEY AT LAW

August 15, 2014

Honorable James L. Robart
United States Courthouse
700 Stewart Street, Suite 1428
Seattle, WA  98101-9906

    Re:  Letter of Support for Pavel Rombakh

    I am submitting this letter of reference for Pavel Rombakh to support him in his upcoming sentencing.  My recommendation is without qualification or reservation based on my longstanding relationship with him.

    I first met Pavel Rombakh in 1996.  Since then I have represented him on his immigration matters and have also acted as his attorney for a few of his many business ventures. During this time, in addition to being his attorney, we have become friends.  Through all of our ups and downs together, I have always found him to be extremely hard working, honest and straight forward and caring of others.  He came to the US with a successful background in big business in the Ukraine and took great pride in his entrepreneurial endeavors.

    Pavel came to the U.S. from the Ukraine at the time the Soviet Union had just gone through its breakup into Russia and the other now independent countries.  In addition to its newly constituted government, the Ukrainian economic system was in complete chaos.  Thus, coming to the U.S. as a new immigrant, he had to learn a whole new way of doing business.  He spent hours and hours researching products or market trends and would always do his best to follow the rules.  With his immigrant background, he was excited about all the opportunities that our country provides and he moved forward to meet the challenges ahead of him.  He approached life's challenges head on and with a good sense of humor and a quick wit.

    Pavel's number one priority is his family.  His efforts were always aimed at being a provider for his wife and four children.  In order for him to do be the provider, Pavel did whatever it took from driving a tow truck to learning how to be a loan originator and later becoming a loan auditor.  Using his Ukrainian business background and what he was able to learn about practices here, he was a business consultant to various Russian speaking businessmen.

Hon. James L. Robart
August 15, 2014
Page - 2

Pavel has also taken on the additional challenge of caring for his parents who emigrated as political asylum refugees. Both of his parents are unable to return to the Ukraine and speak little English and, thus, for all practical purposes, are unemployable. They are in their 80's and Pavel has been their sole source of support since they arrived in the late 1990's.

Pavel is also a man of faith and deep religious beliefs as I know that the church is an important part of his life. He also cared about his community and he frequently went out of his way to assist other immigrants who needed help. He referred several immigrant clients to me who were unfamiliar with their legal rights and came to him with problems that they did not understand and did not know where to turn or how to access assistance.

Whenever, his business dealt with individual customers, he was always as interested in providing a true service to his customers as he was in making money off them. He truly enjoyed helping people and his heart was always in the right place. For example, during the housing crisis, he provided loan audits that identified predatory and improper lending practices. He referred several of his Russian speaking clients to me and with his interpretation assistance and his lending practices expertise, we were able to stave off foreclosure of their homes.

With respect to his current legal problem, I can say with full confidence that Pavel did not and would not intentionally or knowingly violate any regulation that would lead to criminal prosecution. He is a very proud business man and while he is driven to succeed, he is only satisfied if he succeeds within the rules everybody else plays by. Moreover, there is nothing he could possibly gain in business that would be worth the risk of exposing his wife to possible criminal sanctions, especially how she was beaten and tortured by the police in the Ukraine.

I understand that this crime of failing to register is one that does not require intentional or knowing action and that "ignorance of the law is no excuse". However, I believe without reservation that Pavel thought he was at all times operating within the law. Based on my knowledge of Pavel and how he operates, I totally believe that, as he contends, he inquired with the state licensing authorities whether he would need to register if his company was exporting products to and from foreign countries that these transactions would involve large amounts of money and that he was told that he would not have to register. Having been given what he thought to be a green light, he did his exporting business without registering.

Thus, if his actions fell short of any legal requirements, I would hope that this court would consider in sentencing that this is not a person that needs to be jailed as punishment for this type of crime. Nor is this in my estimation a "need to make an example out of" kind of case". Furthermore, from what I know about this case and these charges and the rarity that this statute is invoked or enforced, I have to believe that this is a case of overreach by the government just to get a conviction. For all the reasons I have stated, I would urge the court to

Hon. James L. Robart
August 15, 2014
Page - 3

consider a sentence other than incarceration.  I believe that he is a person fully worthy of leniency.

Very truly yours,

Rodney L. Kawakami

The Honorable James L. Robart

 c/o Darek M. Jarski,

Esq. LeSourd & Patten, P.S.

 P.S. 600 University Street, Suite 2401

Seattle, Washington 98101


August 2014


Dear Judge Robart,

I am a Clinical Laboratory Technician of the University of Washington and have known Pavel Rombakh for 18 years.

I met him and his family in the St. Spiridon Cathedral and from the very first time felt deep respect for those people and specifically for Pavel as a wonderful caring husband and father (later, a grandfather as well). This initial impression never changed, on the contrary it became stronger as I got to know him more.

Later I met his parents and he showed himself as an amazing son that any parent can be proud of. I think that the way a person treats elderly people can reveal a lot about one's personality.  Pavel has always been very thoughtful and responsible towards his own parents, but speaking further, we can see the same attitude toward the elderly parishioners in the Church. Some of them have families, some don't and those people often need our help. Pavel doesn't have to be asked for help, he sees the need by himself and does his best without saying extra words.

All his friends know that he is always ready to help in many different ways, from professional advice as an experienced mortgage officer to any kind of physical assistance. He is very reliable – once he promises to do something he always keeps his word.

One episode in the beginning of our friendship played a big role in my opinion about him. A Russian priest Alexander Tkachenko was organizing the first Children's Hospice in St. Petersburg.  He and his helpers were coming to Seattle in search of new experience and possible funding for this project. Many of us tried to participate in assisting them in different ways – driving, interpreting etc. But Pavel was the one who helped the most, he spent all of his time and efforts hosting these people, driving them around, organizing meetings with those who might support the project. And the only reward for all of this work was the proud feeling that he helped make this dream come true.

The fact than I've known Pavel as an honest and responsible man for so many years makes me think that he was not aware of all the circumstances that had led to his conviction, he just didn't realize that his actions were a violation of the law.

I personally trust him now as I trusted before he had been convicted and know that everybody who knows him never changed their opinion about him as an honest man, reliable friend and great supporter of his family.

Yours sincerely,

Natalia Antonov

Bellevue, WA

The Honorable James L. Robart

c/o Darek M. Jarski,

Esq. LeSourd & Patten, P.S.

600 University Street, Suite 2401

Seattle, Washington 98101

Honorable Judge Robart, I am writing to you in regards of my family's dear friend Pavel

Rombakh. My family and I first met Pavel almost fifteen years ago at Saint Spiridon's Cathedral

in Seattle. The first thing we noticed about Pavel was his family. They stood in the front of the

church and it was clear that they were a warm, loving, and inviting family that was very close to

one another. After the service Pavel came up to my wife and I and introduced himself and invited

us for coffee. It was clear by the way that the other members of the church talked to him and

communicated with him that he was an integral part of his church's community. Pavel was well

respected and always willing to help anyone in anyway possible. My family and his became very

good friends from that day on. Pavel and his wife were always a source for guidance in many

ways. Being foreigners was very difficult for us and we did not understand many things but

Pavel was always there to explain and help us understand in our moments of misunderstanding.

If there were ever problems that he couldn't help my family with he would always recommend

good lawyers that we could seek help from. It was very comforting to know that there was

someone we could turn to in our time of need. Pavel was supporting us in spiritual and emotional

ways as well. Whenever we were fighting amongst ourselves in our family we would have dinner

with Pavel and his family and they would help us realize that our differences were easy to over

come because the most important thing is family. Pavel and his wife had raised and supported all

four of their children as well as helped support Pavel's elderly parents that resided with him. He

is the kind of man who will help others at all costs. His family is what is most important to him

and he will always do anything he can to provide the best possible life for them. Pavel is his

family's rock. With out him they will be left with very little support and assistance. Pavel is not

only important to his own family and children but also to his community. He was constantly

involved in the parish and was a leader amongst the congregation there. He has a large

benefactor to the impoverished in our community and without Pavel there with undoubtedly be

many holes and gaps that may never be filled and will harm the church. The accusations against

Pavel have affected not only him but also his family. His children and wife have had to

experience very heavy burdens that they did not deserve. My family has never seen actions from

Pavel that would compromise our outlook and opinion of him. He is a loved friend and we very

much hope that he will be with us for many more years to come. We sincerely hope that you take

our account into consideration, thank you very much.

Thank You.

Sincerely,

Miroslav Danylyuk

The Honorable James L. Robart                                              5/15/2014
c/o Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, Washington 98101


From : Tatyana Sineeva  5420 172nd St SW, Lynnwood, WA 98037; tatbel777@gmail.com; 425-742-0234


Dear Honorable Judge Robart

When I've learned about Pavel Rombaks situation I could't not to write to you. I know Pavel Rombakh and his family almost 18 years. I was to their home many times, I know his parents who live together with Pavel and his family as long as I know them, I know his wife and children very well. We attend the same Church for many years.

Being a friend of the family, I can say that Pavel is a wonderful father, son and husband. At the church people value Pavel's opinion and he is well respected among people.

Once you at their home, you can see how close the family is, how much everyone care about each other. It also spreads on family's friends – I always feel welcomed and appreciated at Rombakh's.

Once someone have children, he can understand how family functions, and what kind of people parents are by looking at their children because they are like a mirror of the family very soul. Pavel's children literally grow up on my own eyes. When two youngest daughters were very little, his older daughter was very caring towards her younger siblings, helping around the house with the chores, was extremely polite to people. Actually this is the quality that all family shares – being polite, involved, caring for each other and people around them. Pavel and his wife was able to raise their children in the way, that they are involved in Church, even through their teen-ager years, being present almost at all services, help out with church's Sunday School, helping out at all church functions. It is true for very successful years in business for Pavel, and for not most exciting years as well.

From many examples, I know Pavel is deeply believes in God. I know that not just because they come to each Sunday's services. Well, many years ago when they had only 3 children, two teenagers and one toddler, Pave'l wife got pregnant unexpectedly. At that time it was absolutely out of question financially and age wise for his wife to have one more child. They had their 3d child once they came to US while they had pretty much grown children at that time, and did not have plans to have bigger family.  The 3rd child was already pretty unexpected addition in their life. I know there was a lot of pressure on Pavel and his wife about new pregnancy. As one knows, it is a huge responsibility to raise a child, it is a lifelong commitment. I am convinced: only because they are true believers and are true Christians they gave their youngest daughter a gift of life. To me this is a huge prove of a strong

character, trust in God, willingness to work hard, and ability of a long term commitment. Rombakh's live by Christian believes and rules, and this is one of the best people to be around.

Pavel older children are grown-up and are successful people. His two youngest daughters are doing really well in school and growing to be very fine young ladies. Pavel is blessed with 3 grand children.

Pavel is extremely dedicated to his family and it is hard to imagine he would knowingly put his family in jeopardy, either financially or otherwise.

I remember how much time and effort Pavel put into family dream home in Edmonds, it was an old house that was totally re-designed by Pavel, so their big family at the time would be living comfortably there.  Old ordinary home was re-done into beautiful nice space for the family to live in. Pavel worked on the site himself and put a lot of sweat and energy to make this home as wonderful as it became. Losing their home due to current situation was a heart –breaking event  not just for Pavel, but for all family.

Because of the circumstances, his wife for a long time was straggling with everyday expenses to keep up food on the table; I'm not even talking about everyday regular needs for a woman, and 2 teen-age daughters. Somehow family survived, remaining loving, good to people, did not shut-down, did not turn into bitterness and blame of the world for what they were going through. To me this is an example of true Christian character to accept situation and do your best no matter what.

I believe Pavel and his family suffered a loss of their dream home which was a big tragedy for all. To help family survive financially, teenagers went to work to support parents. It is wonderful that family reacted like that to the challenges, but it is hard breaking to know that Pavel, one smart, hard working man, had to accept help from his family, while all his life he was the provider.

It is good to see him keep his head up and continue being true to himself, good to people, to church, to his wife, parents and children. He is irreplaceable father to his daughters, and husband to his wife, and friend to his friends. I believe he deserves a chance to prove himself that he is a valuable individual to the society and can bring positive contribution to the community.

Respectfully, Tatyana Sineeva, Family friend.

16Aug2014

Dear Judge Robard,

I have known Pavel Rombakh for 14 years and in that time I have seen a man of profound managerial abilities with a strong background in business and finance with offices in Seattle and St. Petersburg, Russia.

He is a devoted family man and is a fellow parishioner at St. Spiridon Orthodox Cathedral where he has served 2 terms on the parish council.  He has often provided input in 2 annual meetings as how to help our parish grow and has in the past been one of the people responsible for the success of our annual bazaar.  One year he arranged for dancers from the Bolshoi Ballet to perform at our bazaar.

He has assisted me in decisions regarding a small business my wife and I had and failed in 2008.  He counseled me on how to get out of the franchise when we were having problems in that regard.

He has also on several occasions provided security for our church bazaar and many times ( 5 that I can think of) led a mentally deranged individual off the church property when he was threatening the parishioners in the parish hall.

He has instilled much love into the raising of his family which is evident if you ever meet them.  His passion for success is shown in a daughter in university and his wife and son who are both quite successful in the real estate business.

I believe Pavel should receive a reasonable sentence in this matter in that he didn't know the intricacies of getting a license for what he was doing.  In having lost his savings once, causing them to lose their house, I believe Pavel has had enough punishment.  Further punishment, especially imprisonment would cause undue hardship on a man who has only had the best interests of his family and community in mind.

In light of his coming here almost 20 years ago, I know that he is proud to be part of this country. My own grandfather came here at the same age Pavel did. The same spirit of patriotism shows in Pavel that it did in my grandfather, who almost died in France defending a country he didn't have citizenship in yet but soon gained after the war. They both came here to make a new life and are grateful and proud to be part of this country.

Regards,
John Cox

John Cox

Dorothy A. Nowik
303 126th Avenue NE
Bellevue WA 98005

June 19, 2014

The Honorable James L. Robart
c/o Darek M. Jarski, Esq.
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle WA 98101

Your Honor,

I am writing to you about my family's friend Mr. Pavel Rombakh. We have known Pavel and his family since they started attending St. Spiridon Orthodox Cathedral in Seattle 18 years ago. I've watched his children grow up. He is a reader in our church and his clear, sincere voice is a blessing to our Russian community. He is part of a small rotating group of Russian readers.

The first thing I knew about Pavel was that he was always willing to help anywhere help was needed. If we needed advice on building or repairing something he gave us a contact person or company. If we needed help during Liturgies, sometimes we would ask him for help, but mostly he saw a need and just stepped forward.

Pavel was elected to our parish council by the whole parish during our annual meeting. I attend all the parish council meetings and was amazed at how much he knew about construction, telephone equipment and even copy machines. He was a very vocal, enthusiastic person on the parish council and when his term was over, I missed his input. As recent as the May, 2014 council meeting when we needed to find a construction company to fence the church property, someone said "call Pavel, he'll know who to get so it's done right". Everyone in the room agreed!

My husband and I feel very close to Pavel and his whole family. I see Pavel and his wife hold hands in church. His wife Irena and all his daughters worked with me when I was the chair of the church bazaar. His daughter Anya sings with me in the church choir. Pavel and I have read together in the center of the church during our Divine Liturgies. I sang at the blessing of his Orthodox wedding.

You can see from the examples above that this is a man dedicated to his Orthodox religion, his friends, and to his family. He is suffering and we are suffering with him.

I am the President of two medical companies in Bellevue. I have owned one of them for more than 41 years. I am a good judge of character and I judge Pavel Rombakh as a good and helpful man who has suffered a lot and suffered enough. May I please ask you to be lenient with Pavel and excuse his unintentional poor judgment. Thank you for your consideration.

Sincerely,

Dorothy A. Nowik
Dorothy A. Nowik