The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAVEL ROMBAKH<br><br>Defendant. | NO. CR14-137 JLR<br><br>PRELIMINARY ORDER OF FORFEITURE |

Pursuant to Rule 32.2, Federal Rules of Criminal Procedure and based upon the guilty plea of PAVEL ROMBAKH to Conducting an Unlicensed Money Transmittal Business, in violation of Title 18, United States Code, Section 1960(a) as charged in Count 1 of the Information, and upon the plea agreement filed in this matter between PAVEL ROMBAKH and the United States, it is hereby

ORDERED, ADJUDGED, and DECREED that pursuant to Title 18, United States Code, Section 982(a)(1), PAVEL ROMBAKH's interest in the following properties is forfeited to the United States of America:

PRELIMINARY ORDER OF FORFEITURE
U.S. V. PAVEL ROMBAKH (CR14-137 JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     a.      $231,524.55 in United States funds, more or less, and all proceeds
2  therefrom, representing funds contained in Wells Fargo Bank account number
3  ******6146
4     b.      $160,489.75 in United States funds, more or less, and all proceeds
5  therefrom, representing the proceeds of the sale of 7620 239th Place SW, Edmonds,
6  Washington; and
7     c.      $124,869.68 in United States funds, more or less, and all proceeds
8  therefrom, representing the proceeds of the sale of 528 East Lake Stevens Road, Lake
9  Stevens, Washington.

The Court finds that ~~the~~ _Defendant's interest in the_ property listed above is subject to forfeiture as property involved in Conducting an Unlicensed Money Transmittal Business, or is property traceable to such property.

IT IS FURTHER ORDERED that the United States Marshals Service, and/or the Department of Treasury, and/or their agents and representatives, shall seize the property listed above, and maintain said property in its custody and control until further order of this Court.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the United States' intent to dispose of the property listed above in accordance with law. The notice shall be posted on an official government website for at least thirty (30) days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the property described above must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days of the last day of publication) on an official internet government forfeiture website, currently www.forfeiture.gov, or within thirty-five (35) days of receipt of actual notice, whichever is earlier.

PRELIMINARY ORDER OF FORFEITURE
U.S. V. PAVEL ROMBAKH (CR14-137 JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The notice shall advise such interested person that:

1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;
2. the petition shall be signed by the petitioner under penalty of perjury; and
3. the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property.

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for the published notice to any person known to have alleged an interest in the property described above that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third-party claims, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all such claims are addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on any third party petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

PRELIMINARY ORDER OF FORFEITURE
U.S. V. PAVEL ROMBAKH (CR14-137 JLR) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the United States shall have clear title to the above-described property following the Court's disposition of all third party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

//

//

//

PRELIMINARY ORDER OF FORFEITURE
U.S. V. PAVEL ROMBAKH (CR14-137 JLR) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record.

DATED this 6th day of October, 2014.

JAMES L. ROBART
United States District Judge

Presented by:

THOMAS M. WOODS
Assistant United States Attorney

FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

ROBERT MCCALLUM
Attorney for Defendant

DAREK JARSKI
Attorney for Defendant

PAVEL ROMBAKH
Defendant

PRELIMINARY ORDER OF FORFEITURE
U.S. V. PAVEL ROMBAKH (CR14-137 JLR) - 5